UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) HAN LEE a/k/a "HANA LEE;"<br>(2) JAMES LEE; and,<br>(3) JUNMYUNG LEE<br><br>Defendants. | No: 23-mj-4605-DHH<br><br>FILED UNDER SEAL |

MOTION TO SEAL

The United States of America respectfully moves this Court to seal the complaint, supporting affidavit, arrest warrants, criminal case cover sheets, this motion, any ruling on this motion, until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case and the government's ability to arrest the defendants.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Lindsey Weinstein*
Lindsey Weinstein
Assistant U.S. Attorney

Date: November 3, 2023
MOTION ALLOWED.

_____
HON. DAVID H. HENNESSY
U.S. MAGISTRATE JUDGE

**Nov 6, 2023**