AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| (1) Han A. LEE, a/k/a "Hana Lee;" ) | 23-mj-4605-DHH |
| (2) James LEE; and ) | |
| (3) Junmyung LEE ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 2020-Present  in the county of  Middlesex and elsewhere  in the
_____  District of  Mass., VA & elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 2422 | Conspiracy to persuade, induce, entice, and coerce one or more individuals to travel in interstate or foreign commerce to engage in prostitution |

This criminal complaint is based on these facts:
See attached affidavit of DHS HSI Special Agent Zachary A. Mitlitsky

☑ Continued on the attached sheet.

*Complainant's signature*

Zachary A. Mitlitsky, DHS HSI Special Agent
*Printed name and title*

Attested to by telephone in accordance with Fed. R. Crim. P. 4.1.

Date: **Nov 6, 2023**

*Judge's signature*

City and state: Worcester, Massachusetts    Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*