# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HSI

**City** Cambridge, Watertown, and Virginia

**County** Middlesex and elsewhere

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant X
- Magistrate Judge Case Number 23-mj-4605-DHH
- Search Warrant Case Number See additional information
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name** Han A. Lee   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** Hana Lee

**Address:** 80 Cambridge Park Drive #638 Cambridge MA

**Birth date (Yr only):** 1982  **SSN (last 4#):** 6130  **Sex:** F  **Race:** Asian  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Lindsey Weinstein   **Bar Number if applicable:** 676933

**Interpreter:** ☑ Yes  ☐ No   **List language and/or dialect:** Korean

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/3/2023   **Signature of AUSA:** *[signature]*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Han A. Lee

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §371 | Conspiracy to persuade, induce, entice, coerce individuals to travel in interstate commerce to engage in prostitution | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-4103-DHH, 23-4327-DHH, 23-4328-DHH, 23-4329-DHH, 23-4330-DHH, 23-4331-DHH, 23-4332-DHH, 23-4333-DHH, 23-4334-DHH, 23-4335-DHH, 23-4336-DHH, 23-4589-DHH, 23-4590-DHH, 23-4591-DHH, 23-4592-DHH, 23-4593-DHH, 23-4594-DHH, 23-4595-DHH, 23-4596-DHH, 23-4597-DHH, 23-4598-DHH, 23-4599-DHH, 23-4600-DHH, 23-4606-DHH, 23-4607-DHH, 23-4608-DHH, 23-4609-DHH, 23-4610-DHH, 23-4611-DHH