UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) HAN LEE, a/k/a "Hana" Lee;<br>(2) JAMES LEE<br>(3) JUNMYUNG LEE,<br><br>    Defendants. | M.J. Court No. 23-4605-DHH<br><br>**UNDER SEAL** |

MOTION TO UNSEAL IN PART

The United States Attorney hereby respectfully moves this Court to unseal the complaint and to unseal the supporting affidavit in redacted form. As grounds to keep the redacted portions of the supporting affidavit sealed by the Court, the government submits that the redacted portions identify or provide information regarding uncharged co-conspirators and/or reveal personal identifying information of co-conspirators (charged and uncharged), and/or provide personal identifying information about possible victims of identity theft, and are therefore required to be sealed pursuant to Massachusetts Local Rules 5.3, 116.1(c)(E), and 7.2. A redacted version of the complaint and affidavit that may be posted on PACER is attached.

The government submits that unsealing, in the redacted form, is appropriate at this time as all charged defendants have been arrested.

Respectfully submitted,

Joshua S. Levy
Acting United States Attorney

**ALLOWED** David H. Hennessy U.S.M.J.
Nov 8, 2023

By: /s/ Lindsey Weinstein
Lindsey Weinstein
Assistant U.S. Attorney

Dated: November 8, 2023