THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-MJ-4605-DHH |
| ) | |
| (2) JAMES LEE, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION IN SUPPORT OF DETENTION

The United States Attorney hereby respectfully moves the Court to detain the defendant pending trial because the defendant poses a risk of flight pursuant to 18 U.S.C. § 3142(f)(2)(A). In support of the government's motion for detention, the government relies upon the reasons detailed in the attached Affidavit of Special Agent Zachary Mitlitsky of the Department of Homeland Security Investigations and additional arguments to be made and evidence to be presented at any further detention hearings, held either in the District of Massachusetts or the Central District of California where the defendant was arrested.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Lindsey Weinstein*
Lindsey Weinstein

Assistant U.S. Attorney

Date: November 8, 2023