AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| __HAN LEE__ | ) | Case No. 23-mj- 4605 |
| Defendant | ) | |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/13/23

_Lee_
Defendant's signature

_[signature]_
Signature of defendant's attorney

SCOTT LAUER (BBO #667807)
Printed name and bar number of defendant's attorney

51 SLEEPER ST, BOSTON MA
Address of defendant's attorney

Scott_Lauer@FD.ORG
E-mail address of defendant's attorney

617-223-8061
Telephone number of defendant's attorney

FAX number of defendant's attorney