AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>_Seun yung Lee_<br>Defendant | )<br>)<br>) Case No. 23-mj-4605<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/13/23

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

John Amabile 016940
Printed name and bar number of defendant's attorney

380 Pleasant St, Brockton MA 02301
Address of defendant's attorney

jamabile@ajpclaw.com
E-mail address of defendant's attorney

508 559 6966
Telephone number of defendant's attorney

508 559 7454
FAX number of defendant's attorney