UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
23-4605-DHH

UNITED STATES OF AMERICA

v.

JUNMYUNG LEE

**MEMORANDUM AND ORDER OF DETENTION**

November 22, 2023

Hennessy, M.J.

      Defendant Junmyung Lee is charged by criminal complaint with Conspiracy to Persuade, Induce, Entice, and Coerce One or More Individuals to Travel in Interstate or Foreign Commerce to Engage in Prostitution, in violation of 18 U.S.C. §§ 371 and 2422.  An initial appearance was held by videoconference in the District of Massachusetts on November 8, 2023, the date of Defendant's arrest.  At the initial appearance, the Court provisionally appointed counsel to represent Mr. Lee and the United States moved for detention pursuant to the Bail Reform Act.  The case was continued to November 13, 2023 for a detention hearing and preliminary hearing.

      On November 13, 2023, Mr. Lee waived his right to a preliminary hearing.  On the basis of the Court's colloquy with Mr. Lee, I find the waiver to be knowing and voluntary and is accepted by the Court.  The case was further continued to November 22, 2023 for a detention hearing

      On November 22, 2023, with the assistance of counsel, Mr. Lee assented to a voluntary order of detention without prejudice to seek release later.

Accordingly, it is ORDERED --

(1)     That Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and

(3)     That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.

   / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge